# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KARL STANLEY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-199 |
| ) | |
| Carolyn W. Colvin, ) | |
| *Commissioner of the Social Security* ) | |
| *Administration,* ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Karl Stanley Jones seeks 42 U.S.C. § 405(g) review of the Social Security Administration's denial of his disability claims. Doc. 1. The Court granted him leave to proceed *in forma pauperis*, doc. 4, then ordered him to brief his claim because the Court cannot litigate it for him. Doc. 20 at 3. It also granted him two extensions of time. Doc. 22; doc. 24 (warning him that "[t]here shall be no further extensions"). His brief was due August 7, 2014. He has failed to comply. The Court thus gave him 11 days to show why his case should not be dismissed on abandonment grounds per Fed. R. Civ. P. 41(b); L.R. 41(b). Doc. 25.

He failed to respond. Accordingly, Karl Stanley Jones' case should be **DISMISSED WITH PREJUDICE** for disobeying a court order. Fed. R. Civ. P. 41(b); L.R. 41(b); *Gregory v. Colvin*, CV412-197, doc. 22 (S.D. Ga. Oct. 24, 2013) (dismissing social security case on same grounds).

**SO REPORTED AND RECOMMENDED**, this 2nd day of September, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA